Case 1:26-cv-04462-JMC Document 1-2 Filed 10/27/26 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FIBERLIGHT, LLC

*Plaintiff(s)*

v.

IACOBONI SITE SPECIALISTS, INC.

*Defendant(s)*

Civil Action No. 1:26-CV-04462

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IACOBONI SITE SPECIALISTS, INC.
c/o Anthony J. DiPaula, Resident Agent
34 S. Main Street
Bel Air, MD 21014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jack R. McCaffrey, Esq.
CLARK HILL PLC
601 13th Street NW, Suite 600
Washington, DC 20005
(202) 640-6675

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*




Date: 10/27/2026

*Signature of Clerk or Deputy Clerk*

Case 1:26-cv-04462-JMC Document 5 Filed 10/27/26 Page 2 of 2



Civil Action No. 1:26-CV-04462

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: